1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMAS P. MARTINEZ,                    )          No. C 07-5316 JF (PR)
                                       )
                    Plaintiff,         )          ORDER OF TRANSFER
                                       )
                                       )
  vs.                                  )
                                       )
C.E. FINN, et al.,                     )
                                       )
                    Defendants.        )
_____)

        Plaintiff, a state prisoner proceeding pro se, filed the instant civil action pursuant

to 42 U.S.C. § 1983.  Plaintiff's complaint concerns an incident at Deuel Vocational

Institute ("DVI") in Tracy, California.  Plaintiff is currently incarcerated at Salinas Valley

State Prison.  Because the acts complained of occurred in San Joaquin County and

Defendants are located in San Joaquin County, which lies within the venue of the Eastern

District of California, venue properly lies in that district and not in this one.  See 28

U.S.C. § 1391(b).  Accordingly, this case is TRANSFERRED to the United States

District Court for the Eastern District of California.  See 28 U.S.C. § 1406(a).  In light of

the transfer, the Court will not rule upon Plaintiff's pending motion to proceed in forma

pauperis.

//

1   The Clerk shall terminate all pending motions as moot and transfer the entire file to the

2   Eastern District of California.

3          IT IS SO ORDERED.

4   DATED: <u>10/26/07</u>

                                        _____
5                                       JEREMY FOGEL
                                        United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    A copy of this ruling was mailed to the following:

2

3    Thomas P. Martinez
     V-97623/ B5-120L
4    Salinas Valley State Prison
     P.O. Box 1050
5    Soledad, CA  93960

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28