UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

**Filed**

NOV 19 2007

RICHARD W. WIEKING
General Court Number
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

November 6, 2007

Eastern District of California
4-200 United States Courthouse
501 "I" Street
Sacramento, CA 95814-2322

**RECEIVED**

NOV -7 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

RE: CV 07-05316 JF   THOMAS PASQUAL MARTINEZ-v-C.E. FINN

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☒ Certified copy of docket entries.

☒ Certified copy of Transferral Order.

☒ Original case file documents.

☐ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

2:07-CV-2399 LKK GGH PC

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

*Gordana Macic*

by: Gordana Macic
Case Systems Administrator

Enclosures
Copies to counsel of record

November 6, 2007

> **These instructions are for internal court use only.**

Instructions for Retrieving Northern District of California Electronic Case Files

This login and password is a court-user read-only login to the CM/ECF website for the Northern District of California at **https://ecf.cand.circ9.dcn**. It should be used only by court personnel who have a need to access relevant case information.

Login: **xfr**
Password: **xfr**

For assistance accessing the website, please call our help desk at 866-638-7829 or e-mail at ecfhelpdesk@cand.uscourts.gov.